■ In the Matter of Terry Burns, Respondent, v Sonya Gelster, Appellant. (Appeal No. 2.) [994 NYS2d 876]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered June 21, 2013 in a proceeding pursuant to Family Court Act article 6. The order granted sole custody of the child to Terry Burns.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in Matter of Gelster v Burns ([appeal No. 1] 122 AD3d 1294 [Nov. 14, 2014]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.